IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN JENKINS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNION LABOR LIFE INS. CO., INC., et al. | : | NO. 10-7361 |

ORDER

AND NOW, this 7th day of September, 2011, it is hereby ORDERED that:

(1)  the motion of defendant Amalgamated Life Insurance Company to dismiss the amended complaint is GRANTED in part;

(2)  Counts I, II, III, and VII of the amended complaint are DISMISSED;

(3)  Count IV is DISMISSED only to the extent it states a claim for compensatory damages; and

(4)  the motion of defendant Amalgamated Life Insurance Company to dismiss the amended complaint is DENIED in all other respects.

BY THE COURT:

/s/ Harvey Bartle III
                            J.