```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KAREN JENKINS, et al.           :       CIVIL ACTION
                                :
    v.                          :
                                :
THE UNION LABOR LIFE INS. CO.,  :
INC., et al.                    :       NO. 10-7361

<u>ORDER</u>

AND NOW, this 7th day of September, 2011, it is hereby ORDERED that:

(1)  the motion of defendant Amalgamated Life Insurance Company to dismiss the amended complaint is GRANTED in part;

(2)  Counts I, II, III, and VII of the amended complaint are DISMISSED;

(3)  Count IV is DISMISSED only to the extent it states a claim for compensatory damages; and

(4)  the motion of defendant Amalgamated Life Insurance Company to dismiss the amended complaint is DENIED in all other respects.

                                         BY THE COURT:

                                         /s/ Harvey Bartle III
                                                                            J.