UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------------------------- x
KAREN JENKINS, JACQUELINE MAYS,            :
SUSAN LOLLI, LINDA RUSSELL, TERESA         :
LATTANZE, JOHN VAN ALLEN III, DONNA        :
ANDERSON, DEBRA KONTRA, MICHELLE           :
QUARLES, TROY JOHNSON, SHARON              :
SCHULTZ, RAYMOND GUNTHER and               :
JOHN DOE,                                  :
                                           :
                                           :
              Plaintiffs,                  :     Civil Action No. 10-7361
                                           :
              vs.                          :
                                           :
THE UNION LABOR LIFE COMPANY,              :
INC.; THE AMALGAMATED LIFE                 :
INSURANCE COMPANY;                         :
INDUSTRIAL, TECHNICAL AND                  :
PROFESSIONAL EMPLOYEES UNION;              :
and OFFICE AND PROFESSIONAL                :
INTERNATIONAL UNION,                       :
                                           :
              Defendants.                  :
----------------------------------------------------- x
```

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS

HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the

Industrial, Technical and Professional Employees Union ("ITPE") hereby discontinues and

dismisses without prejudice all crossclaims with regard to Defendant, Amalgamated Life

Insurance Company ("ALICO"), in the above-captioned litigation, and ALICO hereby

discontinues and dismisses without prejudice all counterclaims with regard to ITPE in the above-

captioned litigation.

The undersigned further stipulate that the signatures on this document by

facsimile or electronic mail shall be sufficient as an original.

Respectfully submitted,

Sidney H. Kalban (admitted *pro hac vice*)
ITPE Union, OPEIU Local 4873, AFL-CIO
80-8th Avenue, Room 1806
New York, NY 10011
(212) 868-5867

Stanley B. Gruber
FREEDMAN & Lorry PC
1601 Market Street, 2nd Floor
Philadelphia, PA 19103
(215) 925-8400

Attorneys for Defendant Industrial, Technical,
Professional and Employees Union

DATED: August 28, 2012

Ronald E. Richman (admitted *pro hac vice*)
Emily S. Hatch (admitted *pro hac vice*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Michael L. Banks (I.D. No. 35052)
Jonathan S. Krause (I.D. No. 93817)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5387/5510

Attorneys for Defendant Amalgamated
Life Insurance Company