LaVan Law
Julie A. LaVan, Esq.
11 East Main Street, 2nd Floor
Moorestown, NJ 08057
856-235-4079 (Phone)
856-235-4018 (Fax)
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN JENKINS, JACQUELINE MAYS, SUSAN LOLLI, LINDA RUSSEL, TERESA LATTANZE, JOHN VAN ALLEN III, DONNA ANDERSON, DEBRA KONTRA, MICHELLE QUARLES, TROY JOHNSON, SHARON SCHULTZ, RAYMOND GUNTHER and JOHN DOE, <br><br>Plaintiffs, <br>vs. <br><br>THE UNION LABOR LIFE COMPANY, INC.; THE AMALGAMATED LIFE INSURANCE COMPANY; INDUSTRIAL, TECHNICAL AND PROFESSIONAL EMPLOYEES UNION; and OFFICE AND PROFESSIONAL INTERNATIONAL UNION, <br><br>Defendants. | Civil Action No. 10-7361 |

## STIPULATION OF DISMISSAL

AND NOW, this 15th day of August 2012, it is hereby STIPULATED and AGREED by and between Plaintiffs and Defendant Office and Professional International Union ("OPEIU") that OPEIU is voluntarily dismissed from the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice.

1

LAVAN LAW

By: *[signature]*
Julie A. LaVan
*Attorney for Plaintiffs*

COHEN, LEDER, MONTALBANO GROSSMAN, LLC

By: *[signature]*
Bruce D. Leder
Matthew Connaughton
*Attorneys for Defendant OPEIU*