IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN JENKINS et al.      :  CIVIL ACTION
                          :

     vs.              :

                          :

THE UNION LABOR LIFE et al.   :  NO.  10-7361

**NOTICE**

Please be advised that a **ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT** in the above-captioned case will be held on **FRIDAY, October 19, 2012** at **11:00 AM** before the **Honorable Harvey Bartle, III** in **COURTROOM 16A** U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

Failure to comply with this directive may result in the imposition of sanctions.

Very truly yours,

Katherine M. Gallagher
Deputy Clerk to Judge Bartle
267-299-7389
Chambers - 215-597-2693

cc: All counsel
10/11/12