```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN JENKINS, et al.           :      CIVIL ACTION
                                :
          v.                    :
                                :
THE UNION LABOR LIFE INS. CO.,  :
INC., et al.                    :      NO. 10-7361
```

ORDER

AND NOW, this 24th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

    (1)  all claims of plaintiff John Doe are DISMISSED;

    (2)  the motion of defendant Amalgamated Life Insurance Company for summary judgment (Doc. #79) is GRANTED; and

    (3)  the motion of plaintiffs for summary judgment against defendant Amalgamated Life Insurance Company (Doc. #95) is DENIED.

                                     BY THE COURT:

                                     /s/ Harvey Bartle III
                                                          J.