```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN JENKINS, et al.           :    CIVIL ACTION
                                :
          v.                    :
                                :
THE UNION LABOR LIFE INS. CO.,  :
INC., et al.                    :    NO. 10-7361
```

JUDGMENT

AND NOW, this 24th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that summary judgment is entered in favor of defendant Amalgamated Life Insurance Company and against plaintiffs Karen Jenkins, Jacqueline Mays, Susan Lolli, Linda Russel, Teresa Lattanze, John Van Allen III, Donna Anderson, Debra Kontra, Michelle Quarles, Troy Johnson, Sharon Schultz, and Raymond Gunther.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.
```