**NOTICE OF APPEAL**

**U.S. COURT OF APPEALS, THIRD CIRCUIT**

# Eastern District of Pennsylvania

U.S. DISTRICT COURT _____
              (District/State)                                (Location)

U.S. TAX COURT ( )        CIRCUIT COURT
                                    DOCKET NO. _____
                                                      (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

| | | |
|---|---|---|
| **Karen Jenkins, et al.** | DISTRICT or TAX COURT NO. | **10-7361** |
| **v.** | | |
| **The Union Labor Life Insurance Co., et.al** | DISTRICT of TAX COURT JUDGE | **Bartle** |

**Karen Jenkins, et. al**

Notice is hereby given that _____
                                                         (Named party)
appeals to the United States Court of Appeals for the Third Circuit from

( ) Judgment    (**X**) Order    ( ) Other (Specify) _____

entered in this action on _____**10/24/12**_____
                                        (date)

DATED:  **Nov. 19, 2012**
              **/s/ Julie A. LaVan**

| (Counsel for Appellant - Signature) | |
|---|---|
| **Julie A. LaVan** | **Ronald Richman, Esq.** |
| (Name of Counsel - typed) | (Counsel for Appellee) |
| **11. E. Main St., 2nd Floor** | **919 Third Ave** |
| (Address) | (Address) |
| **Moorestown, NJ, 08057** | **New York, NY, 10022** |
| (City, State, Zip Code) | (City, State, Zip Code) |
| **856-235-4079** | **212-756-2000** |
| (Telephone No. - U.S. Gov't FTS or Other) | (Telephone No. - U.S. Gov't FTS or Other) |

Note:  USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

**Local Counsel For Appellee**

Johnathan Spells Krause

1701 Market St

Philadelphia, PA, 19103

215-963-5000