IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN JENKINS, ET AL

                10-7361
                District Court Docket Number

vs.

THE UNION LABOR LIFE INSURANCE, CO., ET AL

Notice of Appeal Filed : 11/20/12
Court Reporter(s)/ESR Operator(s)      S. Cammy

Filing Fee:
    Notice of Appeal  __Paid  _x_ Not Paid    __Seaman
    Docket Fee         __Paid  _x_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

                s/Robert D. Fehrle
Prepared by :_____
                Robert D. Fehrle
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm