UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-4310

KAREN JENKINS; JACQUELINE MAYS; TERESA LATTANZE; TORY JOHNSON; JOHN VAN ALLEN, III; JOHN DOE; LINDA RUSSEL; DONNA ANDERSON; RAYMOND GUNTHER; SHARON SCHULTZ; MICHELLE QUARLES; SUSAN LOLLI; DEBRA KONTRA,

Appellants.

v.

UNION LABOR LIFE COMPANY; AMALGAMATED LIFE INSURANCE COMPANY; INDUSTRIAL TECHNICAL AND PROFESSIONAL EMPLOYEES UNION; OFFICE AND PROFESSIONAL INTERNATIONAL UNION,

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 10-cv-07361)
District Judge: Hon. Harvey Bartle, III

Submitted Under Third Circuit LAR 34.1(a)
September 10, 2013

Before: RENDELL, JORDAN and GREENAWAY, JR., *Circuit Judges*.

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 10, 2013.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the order of the District Court signed and entered on October 24, 2012, be and the

same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs to be borne by Appellants.

> ATTESTED:
>
> /s/Marcia M. Waldron,
> Clerk

Date: September 16, 2013

Certified as a true copy and issued in lieu of a formal mandate on 10/08/2013

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**